IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICROSOFT CORPORATION, a
Washington corporation,

    Plaintiff,

vs.

ROMCORP INC., a Florida corporation d/b/a
SOFTWARE EMPIRE and/or
SOFTWAREMPIRE.COM; and ROMAN
STEFOGLO, an individual,

    Defendant.

_____/

8:15 cv 2350 T36 JSS

## SUMMONS IN A CIVIL ACTION

To:    Romcorp, Inc.
        111 North Belcher Rd, Suite 202c
        Clearwater, Florida 33765

A lawsuit has been filed against you.

    Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Aaron S. Weiss (FBN 48813)
    Email: aweiss@carltonfields.com
    Carlton Fields Jorden Burt, PA
    100 SE Second Street, Suite 4200
    Miami, Florida 33131
    Telephone No.(305) 530-0050 / Facsimile No. (305) 530-0055

    Attorneys for Plaintiff Microsoft Corporation

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 5 2015

*Signature of Clerk or Deputy Clerk*

102350054.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICROSOFT CORPORATION, a
Washington corporation,

    Plaintiff,

vs.

ROMCORP INC., a Florida corporation d/b/a
SOFTWARE EMPIRE and/or
SOFTWAREMPIRE.COM; and ROMAN
STEFOGLO, an individual,

    Defendant.
_____/

8:15 cv2350 T36 JSS

## SUMMONS IN A CIVIL ACTION

To:   Roman Stefoglo
       111 North Belcher Rd, Suite 202c
       Clearwater, Florida 33765

A lawsuit has been filed against you.

    Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Aaron S. Weiss (FBN 48813)
    Email: aweiss@carltonfields.com
    Carlton Fields Jorden Burt, PA
    100 SE Second Street, Suite 4200
    Miami, Florida 33131
    Telephone No.(305) 530-0050 / Facsimile No. (305) 530-0055

    Attorneys for Plaintiff Microsoft Corporation

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 05 2015

*Signature of Clerk or Deputy Clerk*

102350100.1